**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

R.S. (A MINOR BY AND THROUGH                                                PLAINTIFFS
HIS NEXT FRIEND, GEORGIA SMITH) AND
GEORGIA SMITH, INDIVIDUALLY

V.                                                CIVIL ACTION NO. 1:12-CV-00088-SA-DAS

STARKVILLE SCHOOL DISTRICT;
JAMES MITCHELL, INDIVIDUALLY;
CHRIS WALTERS, INDIVIDUALLY;
TATE FISCHER, INDIVIDUALLY;
KEITH FENNELL, INDIVIDUALLY;
SEAN MCDONNALL, INDIVIDUALLY                                                DEFENDANTS

**ORDER ON SUMMARY JUDGMENT**

Defendants' Motion for Judgment on the Pleadings [42] is GRANTED IN PART and DENIED IN PART. Individual Defendants' Motion to Dismiss [44] is DENIED.

SO ORDERED on this, the 19th day of September, 2013.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**