IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

R.S. (A MINOR BY AND THROUGH
HIS NEXT FRIEND, GEORGIA SMITH) AND
GEORGIA SMITH, INDIVIDUALLY                                         PLAINTIFFS

V.                                           CIVIL ACTION NO. 1:12CV88-SAA-DAS

STARKVILLE SCHOOL DISTRICT;
JAMES MITCHELL, individually;
CHRIS WALTERS, individually;
TATE FISCHER, individually;
KEITH FENNELL, individually;
SEAN MCDONNALL, individually;                                       DEFENDANTS

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the joint *ore tenus* motion of Plaintiffs and Defendants, and the Court being advised that the parties have compromised and resolved all claims herein and therefore desire the Court to dismiss Plaintiffs' claims and Complaint herein, and any amendments thereto, with prejudice, is of the opinion that the motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiffs' claims and Complaint herein, and any amendments thereto, are hereby dismissed with prejudice, with each party to bear their own costs of litigation.

SO ORDERED AND ADJUDGED this the 14th day of October, 2014.

                                                            /s/ Sharion Aycock
                                                           UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Daniel M. Waide*_____
Daniel M. Waide (MSB # 103543)
Attorney for Plaintiffs

*/s/ R. Jarrad Garner*_____
R. Jarrad Garner (MSB #99584)
Attorney for Defendants

*/s/ J. L. Wilson, IV*_____
J.L. Wilson, IV (MSB #10782)
Attorney for Defendants